UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20912-CIV-KING

SONYA REESE,

     Plaintiff,

v.

JPMORGAN CHASE & CO., a Florida foreign
profit corporation d/b/a JPMORGAN CHASE
BANK, N.A., and OLYMPIA WEST
MORTGAGE GROUP, LLC, a Florida foreign
limited liability company,

     Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT JPMORGAN CHASE & CO.'S SUPPLEMENTAL MEMORANDUM OF LAW, AND DIRECTING PLAINTIFF TO RESPOND IN TWENTY DAYS

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Strike Defendant JPMorgan Chase & Co.'s Supplemental Memorandum of Law in Support of Motion to Dismiss the Complaint (D.E. #22), filed June 30, 2009. Plaintiff argues that striking the Defendant's supplemental memorandum is appropriate since it was filed after Plaintiff had already filed her Response to the Defendant's original Motion to Dismiss the Plaintiff's Complaint.

A review of Defendant's Supplemental Memorandum demonstrates that it (1) corrects a clerical mistake as to a heading in the Motion to Dismiss; and (2) offers additional legal argument in support of the Defendant's Motion to Dismiss Counts II and

III of the Plaintiff's Complaint.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff's Motion to Strike (D.E. #22) be, and the same is hereby, **DENIED**, but Plaintiff shall have the opportunity to respond to the Defendant's supplemental memorandum, and the Court shall **RESERVE RULING** on Defendant's Motion to Dismiss as to Counts II and III until after the Plaintiff has replied to the substantive arguments of the supplement.

2. Plaintiff **SHALL RESPOND** to Defendant's Supplemental Memorandum of Law no later than twenty (20) calendar days from the date of this order

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of July, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**
Catherine Ann Riggins
18521 NW 28th Place
Miami Gardens, FL 33056-3113

***Counsel for Defendant***
Dennis Michael Campbell
Clarke Silverglate & Campbell, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131