UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-20912-CIV-KING

SONYA REESE,

    Plaintiff,

v.

JPMORGAN CHASE & CO., a Florida foreign
profit corporation d/b/a JPMORGAN CHASE
BANK, N.A., and OLYMPIA WEST
MORTGAGE GROUP, LLC, a Florida foreign
limited liability company,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT OLYMPIAWEST MORTGAGE GROUP, LLC, AND DIRECTING PLAINTIFF TO RESUBMIT

THIS CAUSE comes before the Court upon the Plaintiff's June 30, 2009 Motion for Default Final Judgment Against Defendant Olympiawest Mortgage Group, LLC (D.E. #19).

A review of the docket reveals that the Defendant Olympiawest Mortgage Group, LLC ("Olympia") was served on April 9, 2009, and was required to answer or otherwise respond by April 29, 2009 (D.E. #4). Olympia failed to do so, and the Clerk entered default on May 4, 2009 (D.E. #8).

The Court has reviewed the Plaintiff's Motion for Default Judgment, and has

discovered what appears to be a legal inaccuracy. Under Count X of the Plaintiff's Complaint, the Plaintiff alleges that she is entitled to actual and statutory damages against Olympia under the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* The Court, in its July 15, 2009 Order Granting in Part Defendant JPMorgan Chase & Co.'s Motion to Dismiss, found that Defendant JPMorgan could not be considered a "debt collector" under the FDCPA because it was not acting to collect "debts owed or due or asserted to be owed or due another." (D.E. #27) (quoting 15 U.S.C. § 1692(a)(6)).

Similarly, Plaintiff is alleging that Defendant Olympia is liable under the FDCPA as a debt collector, however, the Complaint fails to allege that Olympia acted to collect "debts owed or asserted to be owed or due another." 15 U.S.C. § 1692(a)(6). As a result, the Court, upon its own research, finds that the Plaintiff has not sufficiently alleged that she is entitled to default judgment under Count X of her Complaint against Defendant Olympia.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff's Motion for Default Final Judgment Against Defendant Olympiawest Mortgage Group, LLC **(D.E. #19)** be, and the same is hereby, **STRICKEN.**

2. Plaintiff is **DIRECTED TO RESUBMIT** her motion for default judgment, proposed final judgment, and any necessary supporting affidavits no later than twenty (20) calendar days from the date of this order

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of July, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: <u>**Counsel for Plaintiff**</u>
Catherine Ann Riggins
18521 NW 28th Place
Miami Gardens, FL 33056-3113

<u>**Counsel for Defendant**</u>
Dennis Michael Campbell
Clarke Silverglate & Campbell, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131